IN THE UNITED STATES COURT OF FEDERAL CLAIMS

OFFICE DEPOT, INC.,                    )
                                       )
              Plaintiff,               )
                                       )        No. 10-335C
       v.                              )        (Judge Bush)
                                       )
UNITED STATES OF AMERICA,              )
                                       )
              Defendant.               )

## NOTICE OF APPEARANCE

To the Clerk:

       Please enter the appearance of Robert C. Bigler, as attorney of record for the United

States.  Service of all papers by opposing parties should be addressed as follows:

ROBERT C.  BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C.  20530

Attention:  Classification Unit
1100 L Street, NW, 8th Floor

                              s/Robert C. Bigler
                          ROBERT C. BIGLER
                          Trial Attorney
                          Commercial Litigation Branch
                          Civil Division
                          Telephone: 202.307.0315
                          Facsimile:  202.305.7644

Dated: June 2, 2010

<u>CERTIFICATE OF FILING</u>

I hereby certify that on this 2nd day of June, 2010 a copy of the foregoing "NOTICE OF

APPEARANCE" was filed electronically.  I understand that notice of this filing will be sent to all

parties by operation of the Court's electronic filing system.  Parties may access this filing through

the Court's system.


_____s/Robert C. Bigler_____