# In the United States Court of Federal Claims

No. 10-335 C

(Filed June 4, 2010)

```
* * * * * * * * * * * * * * *   *
OFFICE DEPOT, INC.,             *
                                *
              Plaintiff,        *
                                *
         v.                     *
                                *
THE UNITED STATES,              *
                                *
              Defendant,        *
                                *
STAPLES, INC.,                  *
                                *
              Intervenor-defendant.   *

* * * * * * * * * * * * * * *   *
```

## ORDER

    Staples, Inc. (Staples) today filed a motion to intervene in this bid protest. This motion is unopposed according to the representations of the parties during a conference call held June 3, 2010. Because Staples is the awardee of the contract at issue in the subject matter, the court grants the motion.

    Accordingly, it is hereby **ORDERED** that Staples, Inc.'s Motion to Intervene, filed June 4, 2010, is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Judge